JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JENKINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>VICTORVILLE SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 5:21-cv-00106-AB-SP<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: July 21, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE